1   CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
2   Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
3   Mail: PO Box 262490
San Diego, CA 92196-2490
4   Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
5   (858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
6   Attorneys for Plaintiff

7

8   GERALD L. GORMAN (SBN: 69663)
gormanjerry@hotmail.com
9   LAW OFFICES OF GERALD L. GORMAN
7880 Exchange Place
10   La Jolla, California 92037
Telephone: (619) 291-2171
11   Facsimile: (619) 291-2172
Attorney for Defendant
12   Effect Marketing Group, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>       Plaintiff,<br><br>v.<br><br>ALEX MICKLE;<br>EFFECT MARKETING GROUP,<br>LLC, a California Limited Liability<br>Company;<br>SEUNG WON CHOI;<br>HYE M. IN;<br>CAP & TEE FACTORY SD LLC, a<br>California Limited Liability<br>Company; and Does 1-10,<br><br>       Defendants. | Case: 3:18-CV-00163-BEN-BLM<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |

1

### **MOTION**

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 30, 2018          CENTER FOR DISABILITY ACCESS


By:   /s/ Phyl Grace
          Phyl Grace
          Attorneys for Plaintiff

Dated: March 30, 2018          LAW OFFICES OF GERALD L. GORMAN


By:   /s/ Gerald L. Gorman
          Gerald L. Gorman
          Attorney for Defendant
          Effect Marketing Group, LLC

Joint Motion for Dismissal          Case: 3:18-CV-00163-BEN-BLM

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Gerald L. Gorman, counsel for Effect Marketing Group, LLC, and that I have obtained Mr. Gorman's authorization to affix his electronic signature to this document.


Dated: March 30, 2018          CENTER FOR DISABILITY ACCESS


By:      /s/ Phyl Grace
              Phyl Grace
              Attorneys for Plaintiff