FILED
APR 04 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>v.<br><br>ALEX MICKLE; EFFECT MARKETING GROUP, LLC, a California Limited Liability Company; SEUNG WON CHOI; HYE M. IN; CAP & TEE FACTORY SD LLC., a California Limited Liability Company; and Does 10,<br><br>  Defendants. | Case No.: 3:18-cv-00163-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 14] |

Having read and considered the Joint Motion for Dismissal filed by Plaintiff CHRIS LANGER ("Plaintiff") and Defendants ALEX MICKLE; EFFECT MARKETING GROUP, LLC; SEUNG WON CHOI; HYE M. IN; CAP & TEE FACTORY SD LLC. ("Defendants"), and good cause appearing,

**IT IS HEREBY ORDERED:**

The parties' Joint Motion for an Order dismissing the entire action with prejudice is hereby **GRANTED**. Each party is to bear its own fees and costs. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: April ___, 2018

HON. ROGER T. BENITEZ
United States District Judge